UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOHN FRASER, a.k.a. Andrew Burrell,

                          Petitioner,

      -against-

SCOTT HASSELL,

                          Respondent.
-----------------------------------------------------------X

05 CV 2120 (SJ)

ORDER

APPEARANCES

JOHN FRASER, a.k.a. Andrew Burrell
#42103-053
Etowah County Detention Center
827 Forrest Avenue
Gadsden, AL 35901
Petitioner, *Pro Se*

SCOTT HASSELL
Etowah County Detention Center
827 Forrest Ave.
Gadsden, AL 35901

JOHNSON, Senior District Judge:

    For the reasons stated in this Court's Order dated July 28, 2005, entered in Petitioner's 04 CV 0733 case, the portion of Petitioner's instant petition challenging his removal order is hereby ordered to be transferred to the Fifth Circuit, pursuant to the "Real ID Act", and the portion of Petitioner's petition challenging his physical detention is hereby ordered to be transferred to the Northern District of Alabama.

1

SO ORDERED.

Dated: September 21, 2005
Brooklyn, NY

s/SJ

_____
Senior U.S.D.J.